UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. THERESA SPECIALTY HOSPITAL, L.L.C., ET. AL. | * * | NO. 18-04961 |
| | * | DIVISION: L |
| VERSUS | * | JUDGE FALLON |
| | * | |
| FIRST NBC BANK, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NBC BANK, SUMMIT INVESTMENT MANAGEMENT, LLC, ASHTON RYAN, AND SBN V FNBC LLC | * * * * * * | MAGISTRATE: 4 MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **MOTION TO DISMISS**

Plaintiffs St. Theresa Specialty Hospital, L.L.C. et. al., have resolved their dispute with First NBC Bank, et. al. As a result of this settlement, plaintiffs respectfully request that each of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiffs St. Theresa Specialty Hospital, L.L.C., et. al., pray that all of their claims asserted in this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

**/s Jacqueline C. Barber**
JACQUELINE C. BARBER   (#36362)
CRAIG J. MORDOCK (#27014)
7611 Maple Street, Suite A-3
New Orleans, Louisiana 70118
Office: 504-304-2335
Fax:    504-407-2101
Email: jackie@mordockbarber.com
*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the CM/ECF system.

/s Jacqueline C. Barber
Jacqueline C. Barber (#36362)