UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. THERESA SPECIALTY HOSPITAL, L.L.C., ET. AL. | * * * | NO. 18-04961 |
| | * | DIVISION: L |
| VERSUS | * | JUDGE FALLON |
| | * | |
| FIRST NBC BANK, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NBC BANK, SUMMIT INVESTMENT MANAGEMENT, LLC, ASHTON RYAN, AND SBN V FNBC LLC | * * * * * * | MAGISTRATE: 4 MAGISTRATE JUDGE ROBY |

## **ORDER**

IT IS ORDERED that the above entitled and numbered cause, and all claims, including any and all incidental demands, therein by and between all parties be, and the same are hereby, dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this __28th__ day of _____June_____, 201_8___.

_____
JUDGE

1